**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| **Aida Butler,** | ) | |
| | ) | **Civil Action No.: 4:21-cv-00293-RBH** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **The JG Wentworth Company, JG Wentworth Home Lending, n/k/a Freedom Mortgage Corporation, and Freedom Mortgage Corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT THE JG WENTWORTH COMPANY ONLY -WITHOUT PREJUDICE**

Comes now the Plaintiff, Aida Butler, by and through the undersigned counsel of record, and hereby files this Notice of Voluntary Dismissal of Defendant, The JG Wentworth Company, without prejudice. As grounds therefore, the Plaintiff states as follows:

1. The Plaintiff's Complaint was filed on January 29, 2021.

2. Defendant The JG Wentworth Company was served with Plaintiff's Complaint on February 8, 2021.

3. Defendant has not filed an appearance or an Answer.

4. Pursuant to FRCP 41(a)(1)(i), the Plaintiff files this Notice of Voluntary Dismissal with the intention of dismissing ONLY Defendant, The JG Wentworth Company, without prejudice.

Done this the 29th day of March, 2021.

*/s/ Penny Hays Cauley*
Penny Hays Cauley, Fed. ID No. 10323
William K. Geddings, Fed. ID No. 12584
HAYS CAULEY, P.C.
1303 W. Evans St.
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com
will@hayscauley.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing *Notice of Voluntary Dismissal with Prejudice* upon all counsel herein via email on this the 29th day of March, 2021.

Richard Connelly
VP and Counsel for JG Wentworth
1200 Morris Dr.
Chesterbrook, PA 19087
rconnelly@jgwentworth.com

Matthew A. Abee
NELSON MULLISN RILEY & SCARBOROUGH LLP
1320 Main Street / 17th Floor
Columbia, SC 29201
matt.abee@nelsonmullins.com
Attorneys for Defendants JG Wentworth Home Lending and Freedom Mortgage

*/s/ Penny Hays Cauley*
Penny Hays Cauley