IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Aida Butler,<br><br>Plaintiff,<br><br>vs.<br><br>Van Buren Mortgage, LLC f/k/a JG Wentworth Home Lending and Freedom Mortgage Corporation,<br><br>Defendants. | Civil Action No. 4:21-cv-00293-RBH<br><br>**Stipulation of Dismissal with Prejudice** |

Plaintiff and Defendants stipulate to the dismissal of this case, including the claims Plaintiff has raised, or any claims she could have raised, in the above-referenced matter *with prejudice* and with each party bearing their own costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Matthew A. Abee* Date: August 18, 2021

Matthew A. Abee, Federal Bar No. 11747
E-Mail: matt.abee@nelsonmullins.com
1320 Main Street / 17th Floor
Columbia, SC 29201
(803) 799-2000

*Attorneys for Van Buren Mortgage, LLC f/k/a JG Wentworth Home Lending and Freedom Mortgage Corporation*

HAYS CAULEY, P.C.

By: */s/ Penny Hays Cauley by MAA with permission* Date: August 18, 2021

Penny Hays Cauley, Federal Bar No. 10323
E-Mail: phc917@hayscauley.com
1303 West Evans Street
Florence, SC 29501
(843) 665-1717

*Attorneys for Plaintiff Aida Butler*